IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**THEODIS HILL**                                                                               **PETITIONER**

v.                     **Case No. 4:17-cv-00321 KGB**

**WENDY KELLEY, Director,**
Arkansas Department of Correction                                   **RESPONDENT**

## ORDER

Before the Court are Findings and Recommendation filed by United States Magistrate Patricia S. Harris (Dkt. No. 14). No objections to the Findings and Recommendation have been filed, and the time for filing objections has passed. After review, this Court adopts the Findings and Recommendation in their entirety as this Court's findings in all respects.

The Court grants petitioner Theodis Hill's motion to dismiss (Dkt. No. 12). Mr. Hill's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is dismissed without prejudice.

So ordered this 12th day of February, 2018.

                                                                              Kristine G. Baker
                                                                              United States District Judge